# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Vincent M. Belletto,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>Continental Credit Control, Inc;<br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>and Trans Union LLC,<br><br>　　　　　Defendants. | Case No.: CV 19-3600-DMG (PJWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [60]** |

　　　Having considered the Joint Stipulation of Dismissal with Prejudice of Trans Union LLC, and good cause appearing, IT IS HEREBY ORDERED that:

　　　The claims and causes of action that were or could have been asserted herein by Plaintiff Vincent M. Belletto against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with the parties bearing their own court costs and attorneys' fees.

DATED: April 8, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE