UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVSION

| | |
|---|---|
| Vincent M Belletto,<br><br>    Plaintiff,<br><br>  vs.<br><br>Continental Credit Control, Inc; Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union LLC,<br><br>    Defendants. | Case No.: CV 19-3600-DMG (PJWx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [62]** |

Based on the Stipulation of counsel, the above-captioned case is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED:  April 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE